UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
::
DEBRA S. CROWE and MICHAEL YOHANNES,   :   02 CV 5938 (ARR)
                                       :
                Plaintiffs,            :   <u>NOT FOR ELECTRONIC</u>
                                       :   <u>OR PRINT</u>
     -against-                         :   <u>PUBLICATION</u>
                                       :
BROOKLYN HOSPITAL CENTER, PROPOCO, INC., :  <u>OPINION AND ORDER</u>
d/b/a PROFESSIONAL SERVICES, and HARVEY  :
FRUMKIN,                               :
                                       X
                Defendants.

----------------------------------------------------------------------

ROSS, United States District Judge:

Plaintiff in the above-captioned matter is permitted to file an amended Rule 56.1 statement including citations to the record. If any party seeks further rulings in this matter, it must correspond with the court in writing, rather than by telephone. Correspondence may be faxed to the court at (718) 260-2386.

SO ORDERED.

_____
Allyne R. Ross
United States District Judge

Dated: June 15, 2005
       Brooklyn, New York

1

SERVICE LIST:

       <u>Attorneys for Plaintiffs</u>
       Edward W. Miller
       Law Offices Edward W. Miller
       575 Lexington Avenue
       Suite 2840
       New York, NY 10022

       Eileen H. Persky
       Lawrence n. Rogak, LLC
       3355 Lawson Boulevard
       2nd Floor
       Oceanside, NY 11572

       <u>Attorneys for Defendants Brooklyn Hospital Center and Harvey Frumkin</u>
       Dianna D. McCarthy
       Winget, Spadafora & Schwartberg, LLP
       45 Broadway
       19th Floor
       New Yok, NY 10006

       Gregg David Minkin
       London Fischer LLP
       59 Maiden Lane
       New York, NY 10038

       Kathleen M. Kilduff
       Winget, Spadafora & Schwartzberg, LLP
       45 Broadway
       New York, NY 10006

       <u>Attorneys for Defendant Propoco, Inc.</u>
       Greg A. Riolo
       Jackson Lewis, LLP
       One North Broadway, Suite 1502
       White Plains, NY 10601

       Jonathan M. Kozak

Jackson Lewis, LLP
One North Broadway, Suite 1502
White Plains, NY 10601

Steven D. Baderian
Jackson Lewis, LLP
One North Broadway, Suite 1502
White Plains, NY 10601