UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBRA S. CROWE and MICHAEL YOHANNES,

                Plaintiffs,

    -against-

BROOKLYN HOSPITAL CENTER, PROPOCO, INC.,
d/b/a PROFESSIONAL SERVICES, and HARVEY
FRUMKIN,

                Defendants.
------------------------------------------------------------X

JUDGMENT
02-CV- 5938 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 12, 2005, granting defendants' motion for summary judgment on plaintiffs' retaliation claim; declining to exercise pendent jurisdiction over plaintiff Crowe's State Law claim; and dismissing the complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that defendants' motion for summary judgment on plaintiffs' retaliation claim is granted; that the Court declines to exercise pendent jurisdiction over plaintiff Crowe's State Law claim; and that the complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       July 12, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court